NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JACK G. SPENGLER,**

*Claimant-Appellant*

v.

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2024-1581

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 22-5560, Judge Joseph L. Toth.

---

## **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                    SPENGLER V. MCDONOUGH

(2)  Each side shall bear their own costs.


FOR THE COURT


May 15, 2024                             Jarrett B. Perlow
Date                                    Clerk of Court


**ISSUED AS A MANDATE:** May 15, 2024